IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KATHERINE HICKS,**

    **Plaintiff,**

v.                                      **CASE NO.  5:14-cv-108-RS-CJK**

**NICOLE ENGLISH,**

    **Defendant.**
_____/

## ORDER

Before me are the February 27, 2015, Magistrate Judge's Report and Recommendation (Doc. 16), and Plaintiff's Reply to Report and Recommendation (Doc. 17).  Accordingly, I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 16) is approved and incorporated in this Order.

2. Plaintiff's Motion for preliminary Injunction (Doc. 3) is **DENIED**.

3. The Clerk is directed to close this case.

**ORDERED** on March 19, 2015.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK
                                            UNITED STATES DISTRICT JUDGE**